Brenda Genaro
Raymond Genaro
Name

3413 E. 18th Avenue
Mailing address

Anchorage, Alaska 99508
City, State, Zip

907-280-8833
Telephone

RECEIVED
SEP 3 0 2020
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Brenda Genaro
Raymond Genaro ,
(Enter full name of plaintiff in this action)

Plaintiff,

vs. STATE OF ALASKA
Department of Corrections ,
Anchorage Correctional Complex East
Cook Inlet Pre-Trial West
Electronic Monitoring Division, P.E.D.
STATE OF ALASKA OFFICE OF THE DISTRICT Attorney ,
(Enter full names of defendant(s) in this action.
Do NOT use et al.)

Defendant(s).

Case No. _____
(To be supplied by Court)

COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983

(NON-PRISONERS)

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Brenda Genaro, Raymond Genaro
(print your name)

who presently resides at 3413 E. 18th Avenue, Anchorage, Alaska 99508
(mailing address)

were violated by the actions of the individual(s) named below.

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, STATE OF ALASKA, DEPARTMENT OF CORRECTONS ANCHORAGE CORRECTIONAL FACILITY EAST, ACHORAGE CORRECTIONAL FACILITY WEST, PRE-TRIAL DIVISION ELECTRONIC MONITORING _____ is a citizen of _____, and is employed as a _____.
(state)                                  (defendant's government position/title)

✓ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, SAME AS DEFENDANT 1  STATE OF ALASKA, DEPARTMENT OF CORRECTONS ANCHORAGE CORRECTIONAL FACILITY EAST, ACHORAGE CORRECTIONAL FACILITY WEST, PRE-TRIAL DIVISION ELECTRONIC MONITORING ___ is a citizen of _____, and is employed as a _____.
(state)                                  (defendant's government position/title)

____ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
✓ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3̶ 2 &4. STATE OF ALASKA OFFICE OF THE DISTRICT ATTORNEY _____ is a citizen of _____, and is employed as a _____.
(state)                                  (defendant's government position/title)

____ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
✓ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

C. **Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").



Claim 1: On or about _January 2019 to the present time_, my civil right to
(Date)
_due process_
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by _STATE OF ALASKA DEPT. OF CORRECTIONS, Anchorage Facility East & West._
_DIVISION OF ELECTRONIC Monitoring_ (Name of the specific Defendant who violated this right)
_OFFICE OF THE DISTRICT ATTORNEY_

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

The Defendants, State of Alaska, Department of Corrections, Anchorage Correctional Complex (East). Cook Inlet Pre-Trial Facility (West). The Defendants, State of Alaska, Department of Corrections, Pre-trial Division – Electronic Monitoring, The Defendants, State of Alaska, Office of the District Attorney Committed acts in direct and indirect violation of The United States Constitution, Civil and Human Rights Laws, and The Americans with Disabilities Act, ADA. Between the dates of January 2019 to the present time. Employees of the above agencies committed the following: A _detailed_ description is attached.

- January – February 2019, Anchorage Correctional Facility engaged in threats, and psychological abuses toward plaintiff, Brenda Genaro. This facility also violated her right to offer needed disability services as a "help aid" for Raymond Genaro. This facility was in physical possession of the Court Order of Legal Guardianship. Yet, they denied even the most basic of human need (help aid) COMMUNICATION assistance for Raymond.

- January – February 2019, Anchorage Correctional Facility engaged in psychologically abusing and manipulating plaintiff, Raymond Genaro. If, through further _discovery_ evidence proves there were instances of physical abuse. I reserve the right to add _those_ abuses to this list.

- January – February 2019, The Office of the District Attorney, being the only entity with possession of few-minute- video, misrepresented the facts and charges. Setting an excessive bail amount. 8th Amendment Violation.

To portray this fact. Months later, during a meeting, The State Investigator, said concerning the entire case. Female Investigator: **"When I was at home, listening to what the news said. I was scared for my life. But, now that I've watched the short video, and reviewed all the evidence. I don't know why they even charged you in the first place." "The system failed you, Raymond."**

- July 2019 thru...., The Defendants engaged in Physical Abuse. Emotional Abuse. Psychological abuse of the plaintiffs. The defendants violated the 4th, 5th, 6th, and 14th Amendment.

  - September 2020 The Defendant, Prosecutor, Office of District Attorney violated its own State of Alaska Order. Similar to violating a contract. In a recent, unrelated hearing. The D.A. prosecutor attempted to gain custodial interference via a simple request in court through a judge who was unfamiliar with any of the cases. The prosecutor, knowing full well, her type of request violates procedural laws in the State of Alaska. D.A. prosecutor actions directly violated the 14th Amendment.

Claim 2: On or about <u>SEE CLAIM 1</u>, my civil right to
(Date)

_(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)_

was violated by _____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

Claim 3: On or about ___SEE CLAIM 1___, my civil right to
(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____

D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same** facts involved in this action, **or otherwise relating to your imprisonment**? _____ Yes _✓_ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:  NO / NOT APPLICABLE

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed  _____ Appealed  _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:  NO / NOT APPLICABLE

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed  _____ Appealed  _____ Still pending

Issues Raised:_____

F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 500,000.00 (FIVE HUNDRED THOUSAND DOLLARS)

2. Punitive damages in the amount of $ 28,000,000.00 (TWENTY EIGHT MILLION DOLLARS)

3. An order requiring defendant(s) to  SEE ATTACHED

4. A declaration that SEE ATTACHED

5. Other: _____

Plaintiff demands a trial by jury. ✓ Yes ____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at Anchorage, Alaska (Location) on Thursday September 24th, 2020 (Date)

Brenda Genaro, Raymond Genaro (Plaintiff's Original Signature)

Raymond Genaro by Brenda Genaro Legal Guardian

Representing Ourselves
Brenda Genaro  Raymond Genaro
Original Signature of Attorney (if any)

Thursday September 24th 2020 (Date)

Self Represented
Brenda Genaro
3413 E. 18th Ave.
Anchorage, Alaska 99508
Attorney's Address and Telephone Number