Brenda Genaro/Raymond Genaro
Mailing Address: 3413 E. 18th Avenue
Anchorage, Alaska 99508
Phone No. 907-280-8833

Claim 1 Part 1 has
15 pages summary
3 page Exhibit List
36 pages of Exhibits
1 Money Order $400
to U.S District Court
pg 1

# CLAIM 1

# INTRODUCTION

## CLARIFICATION OF PLAINTIFF STATUS

## CLARIFICATION OF DEFENDANTS STATUS

This case is brought forth because the defendants,

The State of Alaska, Department of Corrections, Anchorage Correctional Facility

East. Cook Inlet Pre-Trial Facility West. Pre-Trial Electronic Monitoring Division.

The State of Alaska, District Attorney Office, prosecutors

violated civil and human rights under the Constitution of

The United States of America.

Rights were violated under the 4th, 5th, 6th, 8th, 9th, and 14th Amendments.

Amendment IV: The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or Affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

Page 1

Amendment V:

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, <u>nor be deprived of life, liberty, or property, without due process of law;</u> nor shall private property be taken for public use, without just compensation.

Amendment VI

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been ascertained by law, and to be informed of the nature and cause of the accusation: to be confronted with the witnesses against him: to have compulsory process for obtaining witnesses in his favor, <u>and to have Assistance of Counsel for his defense.</u>

Amendment VIII

<u>Excessive bail</u> shall not be required, nor excessive fines imposed, nor cruel and <u>unusual punishment inflicted.</u>

Amendment XIV

Section 1. All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of the citizens of the United States; nor shall any State deprive any person of <u>life, liberty,</u> or property, <u>without due process of law; nor deny any person within its jurisdiction the equal protection of the laws.</u>

The Americans with Disabilities Act Title II.

Title II prohibits discrimination on the basis of disability in all services, programs, and activities, provided to the public by state and local governments. The purpose of the law is to make sure that people with disabilities have the same rights and opportunities as everyone else.

Title II – Public Service: State and Local Government

Prohibits discrimination on the basis of disability by "public entities" such as state and local government agencies.

Requires public entities to make their programs, services, and activities to individuals with disabilities.

Outlines requirements for self-evaluation and planning; making reasonable modifications to policies, practices, and procedures where necessary to avoid discrimination; identifying architectural barriers; and communicating effectively with people with hearing, vision and speech disabilities.

Every activity of a public entity is subject to the prohibition against discrimination on the basis of disability.

*I would like to point out that the State of Alaska, Department of Correction, Division of Electronic Monitoring is a public entity.

*I would like to point out that the State of Alaska, Department of Correction, Anchorage Correctional Facility is a public entity.
Cook Inlet Pre-Trial Facility is a public entity.

One of the most crucial provisions of the Americans With Disabilities Act (ADA) For people with mental disabilities is Title II, which forbids "public entities" from discriminating on the basis of disabilities. Congress considered it vital to the success of ADA to include Title II's prohibition on discrimination by public entities and included explicit language in the ADA to <u>abrogate state immunity from suits under the ADA.</u>

Thus the Defendants, The State of Alaska, Office of the District Attorney does not have immunity in certain cases. It would stand to reason that no entity can be elevated higher than The Laws enacted to protect the rights of the people. Particularly, the sovereign rights of some of the most precious, yet vulnerable people in a society.

<u>I am filing for myself, Brenda Genaro, on my own behalf as a plaintiff. Raymond Genaro is filing for himself on his own behalf as a plaintiff. Raymond Genaro's disability requires me to listen to him and be his voice. Raymond Genaro has asked me to please speak for him. In his own way, Raymond Genaro expressed, implied, and requested for me to file this lawsuit.</u>

Since his traumatic brain injury at 15 years old. Due to the mental and physical disadvantages proceeding it. I have authority as his natural, biological mother. I was also given authority to represent Raymond Genaro as his Legal Guardian. Legal Guardianship was given to me by <u>court order of the State of Alaska on November 23rd, 2015.</u>  Paragraph 7e:

<u>The guardian shall ensure through the initition of court action and other means that</u>

<u>the ward enjoys all personal, civil, and human rights to which the ward is entitled.</u>

**See Exhibit:** 1a, 1b, 1c  **Findings and Order of Guardianship**

*All exhibits are included only for the sole purpose of use by this Federal Court. Any other use of any or all parts of these exhibits, photogaphs, proofs, or documents is not authorized. All exhibits are included to show proof of facts relevant to this case. Relevant to relief sought.*

Brenda Genaro/Raymond Genaro
Mailing Address: 3413 E. 18th Avenue
Anchorage, Alaska 99508
Phone No. 907-280-8833


pg 5

# CLAIM 1

The defendant, The State of Alaska, Department of Corrections.

The defendant, The State of Alaska, District Attorney Office committed, and is still committing violations under The Constitutional, Civil Rights, and American with Disabilities Act Law, Title II.

Their actions occurred between the dates of January 2019 through September 2020 or the present time. I have provided only a few examples and descriptions, for the sake of brevity, in the initian of these proceedings. This is to show proof of this claim. There are more occurrences not written here. These happenings can be detailed further, with evidence, in this Federal Court.

### Claim 1.  Time Frame is January – February 2019

While Raymond was incarcerated at the Anchorage Correction Facility. People who went to the jail to visit him were denied visitation for no reason whatsoever. This happened almost every day. After 2 to 3 days of being denied my visitation. On this particular day. A large, Caucasian, male guard was processing all the visitors who came to see their loved ones, through to proceed. When it came to me, he said that I could not see Raymond. (Name of guard is in last year's notes, can be provided.)

***Then, glaring me straight in the eyes he said "Things don't go well for people like him in here." (Him is referring to my son.)***

Page 5


The guard's aggressive body language scared me. I interpreted his gestures as an immediate threat on my son's life. At that point, my son's safety was compromised. This frightened me very much. I have the name of this officer written in my last years notes.

The Anchorage Correctional Facility administrative employees were all aware that there was a disability. The administrative unit was in receipt of the State of Alaska Court Order of Legal Guardianship. They had this document on file, or so they say. I often had the document in my possession when I tried to visit, just in case, they required me to present it again.

On or about, Monday, January 28th, 2019, I went to the jail to try to visit Raymond. The guards downstairs told me that the guards upstairs had already brought Raymond out of his cell to the glass window area.**They specifically told me that Raymond was already seated in the glass booth area, waiting for me.**

There are separate booths where all inmates visit with visitors who are seated on the other side of the glass. I went upstairs and sat down at my assigned booth. The other visitors had already started talking to their loved ones. Raymond was not in the glass booth that the guards said he would be in. The booth was empty. I waited and waited. Other visitors carried on with their conversations. I kept picking up the speaking device asking for him. No Answer. Then I patiently, yet concerned, waited some more. (The visitation is scheduled for an hour time frame.)
I sat there until the visitation hour was almost over. A guard walked into the glass booth area. Leaned over. His face against the glass. He looked me straight in my eyes and cruelly said "Your son doesn't want to see you!" then he turned and walked away. I KNEW WHAT HE SAID WAS A LIE. These types of actions by the guards happened often. I have the dates in my notes of last year.


Days later, in a phone conversation with Raymond. He sounded very sad and distressed.

"Mom, why didn't you come to see me like you promised. I waited and waited for a long time. Why didn't you come to see me?"

"The guard told me you did not come to see me." He said.

I told him that the guard was wrong. I reassured him that I came to see him.

These types of unnecessary, unprofessional, cruel actions done by guards to any person, particularly a person suffering a mental disability is mental abuse.
( They were messing with his mind.)

During this time period. No attorneys had contacted Raymond or me. I tried to obtain information from these various entities. With no avail.

The jail did not give Raymond any of my letters. (Proof can be provided).
The jail did not give him the money I left for what is called 'commissary.'
This money was not given to him until his release.
I tried to get communication to him by mail and phone. I tried to communicate with him, via other visitors. I wanted to explain to him what was going on.
I even paid a process server, just to get a simple message to him.
D.O.C. employees did not relay him any of my messages, mail, and turned away the process server who I paid just to deliver a message. One day, while I was being denied a visit. One African American employee saw me in passing, on my way out. I explained the situation to him. He told me that he would get a message to Ray. For this, I was thankful.

During Jan – Feb 2019. I had to talk to the superintendent, medical personnel, other supervisors, just to get a simple visit. During that time, through hardships and persistence I was able to obtain approximately 2 or 3 visits.

The prosecution [Attorney Cometa] was continuing with this case. While Raymond was still not being represented by an attorney. Nor had he talked to an attorney. Since there wasn't anyone representing Ray. I went to the courts to file 2 documents for him.
**I filed a bail hearing request** date stamped by the court on January 28, 2019.
**Exhibit \_\_\_\_\_ Only the Title is shown on this proof. The document has since been removed from court files. I don't know why? Therefore, the contents of the request are not shown here. The full wording is available for this court.**
Even though there wasn't anyone in any organization giving me any information. I KNOW my son, Raymond. One of Raymond's strongest traits is having **EMPATHY** for other people. He has shown this all his life. I already suspected, and was sure, there would be nothing to back up such accusations.
Months later it was proven and shown that the prosecutor's accusations are highly exaggerated. At a meeting in the public defender's office. The people in attendance were Raymond and I, Mr. Williams, and a State of Alaska Investigator, Ms. Terri Floyd. Exhibit \_\_\_\_\_ Business Card of Ms. Floyd.
**Talking to us, Ms. Terri Floyd said:**

**"At home, when I saw 'this' on the news. I was scared for my life.**

**But, now after reviewing the video tape(s) and all the evidence. I don't know why they even charged you at all. This case is so ridiculous, there really shouldn't be any charges in the first place." She continued.**

**"Raymond, the system failed you." She said.**

*Prosector, Cometa* [handwritten]

In regards to the bail. The bail is excessive according to what factually occurred. **It is not correct.**

The financial status of Raymond, **is a level of poverty, or below poverty**. The excessive amount of $10,000 is one in which he could have never been able to obtain on his own.

He is NOT a flight risk. He is doing the best he can to obey the laws.

The $10,000 was and is needed to obtain health, therapeutic, and functional services to meet his basic, daily needs in regards to the disabity.

**IN THE BILL OF RIGHTS AMENDMENT VIII (8TH AMENDMENT)**
**Excessive bail shall not be required, nor excessive fines imposed,**
**Nor cruel and unusual punishment inflicted.** I am able to further enumerate this to the court.

### NO REPRESENTATION DURING CERTAIN TIMES IN THIS PROCESS

Due to the fake news coverage, and the (misrepresented) file at the jail. **Some D.O.C. employees played "judge and jury" acting harshly, and denying Raymond his rights.**

Page 9 [handwritten]

**Since Raymond did not have representation. And he was oblivious to what was going on.   I filed a MOTION TO VACATE** PRE-INDICTMENT HEARING AND RE-SCHEDULE FOR A LATER DATE to the court.

**Exhibit ___15___ MOTION TO VACATE PRE-INDICTMENT HEARING DATED JANUARY 30, 2019.**

I filed this because, he did not have any representation at the time. Therefore, I thought it proper to vacate hearing until there would be an attorney to properly represent him. Both documents have since been removed from court files. I don't know why. Perhaps there is legal reason for removal?

Eventually, The Public Defender's Office assigned the case to Mr. Reagan Williams. Raymond and I have been communicating with Mr. Williams that the bail is too high, asking to please obtain another bail hearing. We communicated many times to Mr. Williams that the bail conditions are restrictive to the point of not allowing Raymond the ability to meet basic life needs. We offered simple, safe, workable, solutions. Mr. Williams told us he tried to ask the prosecutor to move the case to Mental Health Court. But the prosecutors refused.

## Claim 1 STARTING JULY 9th, 2019

On July 9th 2019, D.O.C., P.E.D. officers grabbed Raymond out of his house, for no reason. They body slammed him to the ground and took him to jail. Once in jail, D.O.C. did not allow him to make even 1 phone call. They did not allow him to call, contact, or see an attorney. <u>When an attorney finally went to visit him. D.O.C. denied the attorney, Mr. Bordon, visitation and turned him away. D.O.C. did not allow Raymond to have any visitors.</u> All visitors who went to visit him were denied and turned away. D.O.C. effectively locked him away, keeping him from the outside world and/or everything he recognizes. Keeping him from seeing, hearing, or contacting everyone he knows and loves. Proof detailing this is attached as

**Exhibits:** 1t, 1u, 1v, 1w, 1x, 1y, 1z
2, 2a, 2b, 2c, 2d, 2e, 2f, 2g, 2h

Claim 1 Starting July 9th 2019 Continued.

This is a description of facts that happened one day.

D.O.C. Anchorage Correctional Facility (East) had transferred Raymond to Cook Inlet Pre-trial Facility (West).

I went again, to try to visit him. A guard was processing all the visitors for visitation. I was amongst the visitors. The guard denied my entrance. He denied my visitation. This was my second time, on this same day, being denied for no reason. An African American, guard supervisor came out and told me that Raymond can not / did not have visitation privileges. I inquired at the front desk again.

Now, the Medical Professional (female) who was in charge of Raymond's "medical status," (for lack of a better word) came out to the waiting area. We sat and talked. She told me the facility has put his status, also informing her that Raymond was not allowed any visitations, except for an attorney.

I told her <u>when his attorney came to visit the other day, the facility denied his visit as well.</u> **SHE WAS SHOCKED. THE SHOCKED look on her face paused for a moment. She said there is absolutely nothing in Raymond's medical files or her observations and evaluations of his behavior or conduct that would preclude him from having visitors. In fact, there was no reason what-so-ever that he should not be allowed to have visitors.**

With a concerned look on her face she continued.

The details of this entire conversation can be told to the court.

<u>She told me that "he does not know why he's here."</u>

I confirmed this to be true. He did not know why he was there.

I explained to her. The reason he does not know why he is there, is because one day P.E.D. Officers just came to his residence and grabbed him.
For no reason, the D.O.C., P.E.D. officers just showed up and grabbed him. They body slammed him, taking him out of his house and straight to jail.

She appeared to be upset by P.E.D.'s actions.
She stood up and went to the back demanding for the guards to let me visit. Only because of her request, did Raymond and I get to visit for a few minutes on that particular day.

THE EXPANDED BILL OF RIGHTS

AMENDMENT IV (The 4th Amendment)

<u>The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated,</u> and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particulary describing the place to be searched, and the persons or things to be seized.

**AMENDMENT V (The 5th Amendment)**

**No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in of War or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, <u>nor be deprived of life, liberty, or property, without due process of law;</u> nor shall private property be taken for public use, without just compensation.**

**AMENDMENT VI (The 6th)**

**In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, <u>and to be informed of the nature and cause of the accusation: to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence.</u>**

**AMENDENT XIV (The 14th Amendment)**

**All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States<u>; nor shall any State deprive any person of life, liberty, or property, without due process of law;</u> nor deny to any person within its jurisdiction the <u>equal protection of laws.</u>**

I will enumerate these exact points during this court proceeding.

The documents attached is only PART 1 of the Complaint. The courts instructions is to describe the event, including, who, what, where, and when.

Since there have been many incidents of these violations. I must retrieve the names, dates, and other important evidence located in storage. I also have exact details relating to the incident(s), proof of claim, and relief sought.

I am asking for injunctive relief. I am asking for declarative relief, as well.
I will need a few days to be able to put the information
in the format in which this court requires. I can have PART 2 of this complaint submitted to the court in a few days. On or before Tuesday, September 29th, 2020.
I am filing this law suit today, Friday, September 25th 2020.
I have attached a $400 money order to the U.S. DISTRICT COURT.
I believe the content and proof given in this, PART 1, of itself, is sufficient to initiate a claim.
I am respectfully requesting to initate this claim.
In behalf of Raymond Genaro. He is asking to initiate this claim.

THESE DOCUMENTS ARE TRUE AND CORRECT.

Respectfully,

*Brenda Genaro*
*Brenda Genaro*

*Raymond Genaro*
*Raymond Genaro* (Mother)
*by Brenda Genaro*
*Legal Guardian*

Page 15